**Michael S. YELLEN, Plaintiff—
Appellant,**

v.

**Glenn A. MUELLER, et al.,
Defendants—Appellees.**

No. 02–15412.
D.C. No. CV–97–00826–DFL.

United States Court of Appeals,
Ninth Circuit.

---

* This panel unanimously finds this case suit-
able for decision without oral argument. *See*
Fed. R.App. P. 34(a)(2).

Submitted June 10, 2002.*

Decided June 14, 2002.

Before O'SCANNLAIN, BERZON, and RAWLINSON, Circuit Judges.

## MEMORANDUM **

This appeal from the district court's order denying appellant's motion for preliminary injunction comes to us for review under Ninth Circuit Rule 3-3. We have jurisdiction under 28 U.S.C. § 1292(a)(1), and we affirm.

We express no view on the merits of the complaint. Our sole inquiry is whether the district court abused its discretion in denying preliminary injunctive relief. *See Gregorio T. v. Wilson,* 59 F.3d 1002, 1004–05 (9th Cir.1995). The record before us shows that the court did not rely on an erroneous legal premise or abuse its discretion in concluding that appellant had failed to demonstrate a likelihood of success on the merits or the threat of imminent irreparable harm and in denying preliminary injunctive relief. *See id.* The court's factual findings and application of legal standards are not clearly erroneous. *See id.* Accordingly, the court's order denying the preliminary injunction is affirmed.

AFFIRMED.

Judge BERZON, Dissenting.

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

BERZON, Judge.

I dissent. I would appoint counsel and set the case for a hearing by a merits panel.